STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DARREN LORDIS TRAHAN JR.,<br><br>    Defendant. | No. CR20-389-JD<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE ON AUGUST 23, 2021 TO OCTOBER 4, 2021 AND TO EXCLUDE TIME; ORDER** |

    Defendant Darren Trahan was transferred from state custody in San Mateo County to state custody in Alameda County in late July 2021 to face a pending criminal charge. The government and defense counsel anticipate that the Alameda County case will be resolved in the next several weeks and that then Mr. Trahan will then be transferred to federal custody.

    Once Defendant is released from state custody, Magistrate Judge Tse has ordered that Mr. Trahan be transported to Santa Rita Jail and that his case be placed on calendar for a bail review hearing. Due to Mr. Trahan currently being in state custody and the need for defense counsel to consult with him and review discovery in his federal case, the parties hereby stipulate and agree that:

    1. The status conference set for August 23, 2021 be continued to October 4, 2021.

2. The time from August 23, 2021 through October 4, 2021 should be excluded under the Speedy Trial Act because failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A). Accordingly, the period from August 23, 2021 through October 4, 2021, should be excluded from calculation under the Speedy Trial Act.

IT IS SO STIPULATED.

DATED:  August 20, 2021                    Respectfully submitted,

                                           STEPHANIE M. HINDS
                                           Acting United States Attorney

                                               /s/
                                           DANIEL PASTOR
                                           Assistant United States Attorney

DATED:  August 20, 2021                        /s/
                                           ALANNA COOPERSMITH
                                           Counsel for Defendant Darren Trahan

**ORDER**

For the reasons stated in the parties' stipulation, the Court finds that the exclusion of time from August 23, 2021 through October 4, 2021, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  The failure to grant the requested continuance would deny defendant effective preparation of counsel taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The status conference scheduled for August 23, 2021 is continued to October 4, 2021.

DATED: _August 20, 2021                                  _____
                                                        HON. JAMES DONATO
                                                        United States District Judge