STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-389-JD |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA ON MAY 16, 2022 TO JULY 11, 2022, AND TO EXCLUDE TIME;** [PROPOSED] **ORDER** |
| v. | |
| DARREN LORDIS TRAHAN JR., | |
| Defendant. | |

    The parties are scheduled for a change of plea hearing on May 16, 2022. Discovery has been produced to defense counsel. The parties are also working toward a negotiated resolution of the matter. The parties hereby stipulate and agree that:

    1. The change of plea set for May 16, 2022 should be continued to July 11, 2022.

    2. The time from May 16, 2022, through July 11, 2022, should be excluded under the Speedy Trial Act because failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A). Accordingly,

the period from May 16, 2022 through July 11, 2022, should be excluded from calculation under the Speedy Trial Act.

IT IS SO STIPULATED.

DATED: May 13, 2022                              Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

_____/s/_____
DANIEL PASTOR
Assistant United States Attorney

DATED: May 13, 2022                              _____/s/_____
ALANNA COOPERSMITH
Counsel for Defendant Darren Trahan

**[PROPOSED] ORDER**

For the reasons stated in the parties' stipulation, the Court finds that the exclusion of time from May 16, 2022 through July 11, 2022, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny defendant effective preparation of counsel taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The change of plea scheduled for May 16, 2022 is rescheduled to July 11, 2022. at 10:30 a.m.

DATED: May 13, 2022

_____
HON. JAMES DONATO
United States District Judge