STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-389-JD |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA ON JULY 11, 2022 TO AUGUST 8, 2022, AND TO EXCLUDE TIME;** ~~[PROPOSED]~~ **ORDER** |
| v. | |
| DARREN LORDIS TRAHAN JR., | |
| Defendant. | |

    The parties are scheduled for a change of plea hearing on July 11, 2022.  Discovery has been produced to defense counsel.  The parties are also working toward a negotiated resolution of the matter and anticipate being able to resolve the matter soon.  The parties hereby stipulate and agree that:

    1. The change of plea set for July 11, 2022 should be continued to August 8, 2022;

    2. The time from July 11, 2022 through August 8, 2022, should be excluded under the Speedy Trial Act because failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  *See id.* § 3161(h)(7)(A).  Accordingly,

1    the period from July 11, 2022 through August 8, 2022, should be excluded from calculation
2    under the Speedy Trial Act.
3  IT IS SO STIPULATED.
4
5  DATED: July 5, 2022                           Respectfully submitted,
6                                                STEPHANIE M. HINDS
                                                 United States Attorney
7
8                                                _____/s/_____
                                                 DANIEL PASTOR
9                                                Assistant United States Attorney
10
11 DATED: July 5, 2022                           _____/s/_____
                                                 ALANNA COOPERSMITH
12                                               Counsel for Defendant Darren Trahan

**[PROPOSED] ORDER**

For the reasons stated in the parties' stipulation, the Court finds that the exclusion of time from July 11, 2022 through August 8, 2022 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny defendant effective preparation of counsel taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The change of plea scheduled for July 11, 2022 is rescheduled to August 8, 2022. at 10:30 a.m.

DATED: July 6, 2022

_____
HON. JAMES DONATO
United States District Judge