STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-389-JD |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA ON AUGUST 8, 2022 TO OCTOBER ~~3,~~ 17, 2022, AND TO EXCLUDE TIME; [PROPOSED] ORDER** |
| v. | |
| DARREN LORDIS TRAHAN JR., | |
| Defendant. | |

    The parties are scheduled for a change of plea hearing on August 8, 2022.  Discovery has been produced to defense counsel, and defense counsel is continuing to review it with the defendant.  The defendant is also unable to attend court on August 8, 2022 due to medical isolation.

    The parties are working toward a negotiated resolution of the matter and anticipate being able to resolve the matter soon.  The parties hereby stipulate and agree that:

1.   The change of plea set for August 8, 2022 should be continued to ~~October 3, 2022~~; October 17, 2022

2.   The time from August 8, 2022 to ~~October 3, 2022~~, October 17, 2022 should be excluded under the Speedy Trial Act because failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The ends of justice served by granting the

1    requested continuance outweigh the best interests of the public and the defendant in a speedy

2    trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A). Accordingly,

3    the period from August 8, 2022 through ~~October 3, 2022~~ October 17, 2022, should be excluded from

4    calculation under the Speedy Trial Act.

5    IT IS SO STIPULATED.

6

7    DATED: August 5, 2022                          Respectfully submitted,

8                                                   STEPHANIE M. HINDS
                                                    United States Attorney
9

10                                                  _____/s/_____
                                                    DANIEL PASTOR
11                                                  Assistant United States Attorney

12

13   DATED: August 5, 2022                          _____/s/_____
                                                    ALANNA COOPERSMITH
14                                                  Counsel for Defendant Darren Trahan

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED]** **ORDER**

For the reasons stated in the parties' stipulation, the Court finds that the exclusion of time from
October 17, 2022
August 8, 2022 through ~~October 3, 2022~~ is warranted and that the ends of justice served by the

continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.

§ 3161(h)(7)(A).  The failure to grant the requested continuance would deny defendant effective

preparation of counsel taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The change of plea scheduled for August 8, 2022 is rescheduled to ~~October 3, 2022.~~
October 17, 2022, at 10:30 a.m.

DATED:  August 5, 2022                    _____
                                          HON. JAMES DONATO
                                          United States District Judge