CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-389-JD |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| DARREN LORDIS TRAHAN, JR., | |
| Defendant. | |

    On August 28, 2020, a Criminal Complaint was filed alleging that the defendant committed the offense of felon in possession of a firearm under 18 U.S.C. § 922(g)(1). The defendant was subsequently arraigned on the charge and granted pretrial release.

    On October 15, 2020, Mr. Trahan waived the right to indictment by a grand jury. He was arraigned on the one-count information charging felon in possession of a firearm, to which he pleaded not guilty.

    On October 29, 2020, the Mountain View Police Department arrested Defendant for one count of stalking and violating a temporary restraining order. Defendant was booked into the Santa Clara County Jail. On September 23, 2021, the court adjudicated a petition to revoke the defendant's pretrial release by ordering more robust release conditions.

On November 3, 2022, this Court had issued an under-seal, a no-bail warrant for absconding. (Doc. 63). On December 1, 2022, the district court vacated a change of plea hearing scheduled for December 5, 2022, because the defendant was again in warrant status with his whereabouts unknown. (Doc. 66).

On October 1, 2025, the defendant appeared before the duty magistrate judge in the presence of counsel, after having been taken into U.S. Marshal's custody on a federal detainer, from Contra Costa County Jail after a period of confinement in state custody. The duty magistrate scheduled a revocation hearing for October 20, 2025. Counsel for Mr. Trahan represented by stipulation that he does not seek release from custody at this time. He wishes to waive the right to a hearing without prejudice.

Given the record before the Court, the defendant has not met his burden to establish by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. Fed R. Crim. P. 32.1(a)(6). This finding is made without prejudice to the defendant's right to seek review of defendant's detention should circumstances change, or to file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or seing sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: October 21, 2025

*Sallie Kim*
HON. SALLIE KIM
United States Magistrate Judge